**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 18, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00275-CR

**JOSE  MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1559302**

## MEMORANDUM  OPINION

Appellant Jose  Martinez has signed and filed a written motion to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain

Do Not Publish – Tex. R. App. P. 47.2(b)